

EXHIBIT
A

