UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust-2009,<br><br>Defendant. | CASE NO:<br>1:24-cv-00358-JCN |

ZOOM DEPOSITION OF:

ROGER W. MATHEWS, JR.

Taken before Leslie Gilmore-Miller, RPR, Notary Public in and for the State of Maine, pursuant to notice, at the Zoom offices of G&F Reporting, 75 York Street, Portland, Maine, on May 15, 2025, commencing at 9:40 a.m.

Leslie Gilmore-Miller, RPR
G&F REPORTING
75 York Street, Ste. 2 - Portland, ME  04101
scheduling@gandfreporting.com ~ (207) 854-5296
www.gandfreporting.com



EXHIBIT
DSOMF-C



Page 9

15  Are you still a trustee of the Matthews
16  Family Round Pond Revocable Trust?
17  A.  I am the only one, yes.

Page 10

Page 11

Page 12



Page 17

[redacted]

7  A. As I recall, Josh said I'm going to make you
8     happy; and I said, well, I hope so.  And he
9     said Jenni and I have purchased Jenni Farley's
10    house at Round Pond; and I said that does not
11    make me happy.  And he said why; and I said
12    because my role is to see that trust is
13    adhered to and that can't happen with the way
14    the trust is written.  And that's my role as a
15    trustee.  I depend -- I make sure that the
16    trust is adhered to.
17        And, I guess, then I said to him, well,
18    let me -- can I see the paperwork.  He said
19    no.  That's between him and -- this may not be
20    verbatim, but that's between and Ms. Farley;
21    and I said, well, then, I don't know that you
22    bought it and if -- and you can't.  You know,
23    it's not -- it's not the way the trust is
24    written.
25        So I think that pretty much sums up

Page 18
1     the -- oh, no.  He told me that he was going
2     to move in that weekend.  And I said well, I
3     want to -- I want to see the paperwork, which
4     he wouldn't give to me.  He said I can't do
5     that because that's between me and us and Ms.
6     Farley; and I said, well, whatever, you know,
7     it was not legal.
8  Q. And the last thing you said was it was not
9     legal?
10 A. It was not -- the way the trust was written, I
11    don't know if I used the word not legal, but I
12    said it's not -- not -- you can't have it
13    because the trust says it can't.  Something to
14    that effect.

[redacted]



Page 19

[redacted]

Page 20

[redacted]



```
 1                    STATE OF MAINE
 2      I, Leslie Gilmore-Miller, a Notary Public in
 3  and for the State of Maine, do hereby certify that
 4  pursuant to notice there came before me on May 15,
 5  2025, the following-named person to wit:  ROGER W.
 6  MATHEWS, JR., who was duly sworn to testify to the
 7  truth and nothing but the truth; that he was
 8  thereupon carefully examined upon his oath and his
 9  examination reduced to writing under my
10  supervision; that this deposition is a true record
11  of the testimony given by the witness.
12      I further certify that I am neither attorney
13  nor counsel for, nor related to, nor employed by
14  any of the parties to the action in which this
15  deposition is taken, and further, that I am not a
16  relative or employee of any attorney or counsel
17  employed by the parties hereto, or financially
18  interested in this action.
19      IN WITNESS WHEREOF, I have hereunto set my
20  hand this 5th day of June, 2025.
21
22                      
24                      Leslie Gilmore-Miller
    My Commission Expires
25  October 7, 2029
```