UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust - 2009,<br><br>Defendant. | Case No.<br>1:24-cv-00358-JCN |

ZOOM DEPOSITION OF:

JOSHUA GOSTON

Taken before Lynne Morrison, Notary Public in and for the State of Maine, pursuant to notice, via Zoom hosted by G&F Reporting, Portland, Maine, on March 11, 2025, commencing at 2:26 p.m.

Lynne M. Morrison
G&F REPORTING/HUSEBY GLOBAL LITIGATION
75 York Street, Suite 2 - Portland, ME 04101
scheduling@gandfreporting.com  (207) 854-5296
www.gandfreporting.com


EXHIBIT DSOMF-G

Page 26

[redacted]

Page 28

[redacted]

Page 27

[redacted]

Page 29

```
11       So I asked her -- you know, we were
12   sitting on the couch on Friday night, and this
13   is probably -- it was late in the evening,
14   anyway.  I asked my wife, I said, How are you
15   feeling because we were supposed to be moving
16   in on Saturday, and she said, The same.  She
17   said, I'm just scared to death to step foot on
18   that property.  I don't know what's going to
19   happen.  So I said I will text Jenni and see
20   if there's any way that she'll let us out of
21   this thing.
22       And so that's what I did.  I sent her off
23   a big message.  And I was embarrassed, you
24   know, but I asked her if we could get our
25   deposit back and if we could just walk away
```

Page 30
```
1  from this thing.  And, you know, of course,
2  she responded and said, No; she was going to
3  have to contact her attorneys.  And, you know,
4  my response to that was -- essentially, you
5  know, at this point, we're caught between a
6  rock and hard place.
```

Page 31

Page 32

Page 33

Page 38

```
 7   Q.  But Everett Mathews, Junior, had never
 8       transferred his interest in the trust to Jenny
 9       and her sister, correct?
10   A.  No.
11           MR. BALS:  Object to the form and
12       foundation.
13   BY MS. METCALF:
14   Q.  And did you ever ask Everett Mathews, Junior,
15       to transfer any of his interest in the Round
16       Pond Trust to Jenny?
17   A.  No.
```

Page 39

Page 40

Page 41

```
 1                    STATE OF MAINE

 2

 3          I, Lynne M. Morrison, a Notary Public in

 4   and for the State of Maine, do hereby certify that

 5   pursuant to notice there remotely came before me

 6   on March 11, 2025, the following-named person to

 7   wit:  JOSHUA GOSTON, who was duly sworn to testify

 8   to the truth and nothing but the truth; that he

 9   was thereupon carefully examined upon his oath and

10   his examination reduced to writing under my

11   supervision; that this deposition is a true record

12   of the testimony given by the witness.

13          I further certify that I am neither

14   attorney nor counsel for, nor related to, nor

15   employed by any of the parties to the action in

16   which this deposition is taken, and further, that

17   I am not a relative or employee of any attorney or

18   counsel employed by the parties hereto, or

19   financially interested in this action.

20          IN WITNESS WHEREOF, I have hereunto set my

21   hand this 29th day of March, 2025.

22

23                                  Lynne M. Morrison

24
     My Commission Expires
25   April 4, 2026
```