UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009,<br><br>Defendant. | CASE NO. 1:24-CV-00358-JCN |

**DEFENDANT'S FINAL PRETRIAL MEMO**

NOW COMES the Defendant, Roger W. Mathews, individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust – 2009, and files the within Pretrial Memo.

**Factual and Legal Background**

Plaintiff has a fiduciary duty as Trustee of her Revocable Trust to preserve and administer the one-ninth beneficial interest her two children own under the Mathews Family Round Pond Revocable Trust – 2009 ("the Trust"). She entered a contract to sell the structure sitting on that Trust property to a person who had no beneficial interest in the Trust. That person, Jennifer Mathews, backed out of the contract. Despite her representation in the contract that she was a beneficiary of the Trust, she was not. The evidence will be that she still is not a beneficiary. Plaintiff blames Defendant for Jennifer Mathews's decision not to perform the contract. If Jennifer Mathews had not backed out of the contract and did not become a beneficiary within 6 months

(she did not), she would have had to remove the structure from the Trust real estate. Plaintiff has not sued Jennifer Mathews for terminating the contract; has retained the deposit money given by Jennifer Mathews under the contract; and still has the structure held for the benefit of her two children. Plaintiff has the burden of proof to demonstrate that she has suffered loss arising from Jennifer Mathews's conduct which loss is attributable to Defendant.

## STIPULATIONS

The Parties have not yet conferred on potential stipulations. Defendant believes that the parties can stipulate that copies in lieu of originals can be admitted.

## WITNESSES

Defendant anticipates calling the following witnesses in Trial:

1. Roger W. Mathews, Jr.
   c/o Judy A.S. Metcalf
   Judy Metcalf Law
   76 Union Street
   Brunswick, Maine 04011

2. Jenni Farley
   c/o Lee H. Bals, Esq.
   Marcus Clegg
   16 Middle Street, Unit 501
   Portland, Maine 04101

3. Everett Mathews
   50 Estates Road
   P.O. Box 218
   Cherryfield, Maine 04622

4. Jennifer Mathews
   c/o Walter H. Foster, Esq.
   Steve Smith Trial Lawyers
   191 Water Street
   Augusta, Maine 04330

5. Joshua Goston
   c/o Walter H. Foster, Esq.
   Steve Smith Trial Lawyers

        191 Water Street
        Augusta, Maine 04330

6. Any and all witnesses called by Plaintiff.

7. Any rebuttal witnesses necessary to any testimony admitted by Plaintiff.

A listing of a name on this list is not a representation that the witness will appear without subpoena nor is it a representation that the witness will be called. Defendant reserves the right to supplement this list in a reasonable matter.

## EXHIBITS

1. All materials and documents exchanged in the course of discovery, including, but not limited to the Declaration of Trust of the Mathews Family Round Pond Trust – 2009; and the installment land contract and any drafts of it entered between Plaintiff and Jennifer Mathews.

2. Defendant reserves the right to use all documents or exhibits listed or produced by Plaintiff, to present additional exhibits for the purpose of rebuttal or impeachment, and to designate additional exhibits upon reasonable notice to Plaintiff.

The listing of an exhibit does not constitute a representation that the exhibit will be offered. The listing of an exhibit does not constitute a representation that Defendant will not object to the admissibility of the document if offered by another party. Defendant reserves the right to supplement this list upon reasonable notice to the other parties and to offer other or further documents in rebuttal.

## JUROR QUESTIONNAIRES

Any proposed Juror Questionnaires for the purposes of voir dire will be submitted to the Court by both parties at a later date.

Dated at Brunswick, Maine, this 2nd day of January, 2026.

>Roger W. Mathews, Jr., Individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust – 2009.
>
>*/s/ Judy A. S. Metcalf*
>Judy A.S. Metcalf
>U.S. District Court Bar No. 1768
>76 Union Street
>Brunswick, Maine 04011
>judy@judymetcalflaw.com
>(207) 721-2200
>Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

I hereby certify that on January 2, 2026, I electronically filed Defendant's Final Pretrial Memo with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all parties of record.

        */s/ Judy A.S. Metcalf*

        _____
        Judy A.S. Metcalf,
        U.S. District Court Bar No. 1768
        Judy Metcalf Law
        (207) 721-2200
        judy@judymetcalflaw.com