UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>      Plaintiff<br><br>v.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009,<br><br>      Defendant | CASE NO. 1:24-cv-00358-JCN |

**PLAINTIFF'S FINAL WITNESS LIST**

1. Jenni L. Farley
   Holmdel, New Jersey

   Ms. Farley is the Plaintiff and a fact witness.

   <u>General subject matter of testimony</u>: Ms. Farley will testify about all facts pertinent to the allegations of the Complaint, including both liability and damage issues. She will testify about her marriage to Roger Mathews III and how together they built a house on property owned by the Mathews Family Round Pond Revocable Trust (the "Round Pond Trust") in Steuben, Maine. She will testify about construction of the house and costs associated therewith.

   She will testify about her divorce from Roger Mathews III and how as part of the divorce judgment, Roger Mathews III transferred all his interest in the property to their two children, in an agreement where the children's interest would be held by the Jenni Farley 2015 Revocable Living Trust (the "Farley Trust") of which she is the trustee.

   She will testify about her involvement in state court litigation brought against her by the Round Pond Trust.

   She will testify about efforts to try and sell the home.

   She will testify about how, on September 10, 2024, the Farley Trust entered into an Installment Sale Agreement with Jennifer Mathews for $500,000 and the terms of that Installment Sale Agreement.

She will testify about prior acts on the part of Roger Mathews Jr. to intimidate, terrorize and harass her.

She will testify about how Roger Mathews Jr. deliberately and intentionally undertook steps to intimidate Jennifer Mathews with the intention to compel her to back out of the Installment Sale Agreement.

She will testify how these steps included, but were not limited to, blocking Jennifer Mathews' access to the property with a red backhoe loader, a truck and two large birch tree logs.

She will testify how, as a result of Roger Mathews, Jr.'s intimidation efforts, Jennifer Mathews breached the Installment Sale Agreement contract.

She will testify about efforts to mitigate her damage, and damage she sustained.

<u>Estimated time required for direct examination</u>:  2 hours


2. Jennifer Mathews
   228 Wilson Street
   Brewer, ME 04412

   Ms. Mathews is a fact witness.

   <u>General subject matter of testimony</u>:  Ms. Mathews will testify about the circumstances under which she came to enter into the Installment Sale Agreement and acts of intimidation by Roger Mathews Jr. which led her to breach the Installment Sale Agreement.

   <u>Estimated time required for direct examination</u>:  1 hour


3. Joshua Goston
   228 Wilson Street
   Brewer, ME  04412

   Mr. Goston is a fact witness.

   <u>General subject matter of testimony</u>:  Mr. Goston is married to Jennifer Mathews.  He will testify about interactions with Roger Mathews Jr. and the circumstances under which Jennifer Mathews breached the Installment Sale Agreement.

   <u>Estimated time required for direct examination</u>: One-half (1/2) hour

4.       Roger W. Mathews, Jr.
P.O. Box 198
Cherryfield, ME 04622

Mr. Mathews is the Defendant and a fact witness.

General subject matter of testimony: Mr. Mathews will testify about his position as Trustee of the Round Pond Trust. He will testify about how he learned of the Installment Sale Agreement and his efforts to intimidate Jennifer Mathews to breach that agreement, including blocking her access to the property.

Estimated time required for direct examination: 2 hours

5.       Roger W. Mathews, III
574 Lloyd Road
Toms River, NJ 08753

Mr. Mathews is a fact witness.

General subject matter of testimony: If called as a witness, Roger Mathews III will testify generally about his marriage to and divorce from Jenni Farley, the property and the Round Pond Trust.

Estimated time required for direct examination: One-half (1/2) hour

6.       Brendan T. Barry, Esq.
Marcus Clegg
16 Middle Street, Unit 501
Portland, ME 04101

Mr. Barry is a fact witness.

General subject matter of testimony: If called as a witness, attorney Barry will testify about the negotiation and preparation of the Installment Sale Agreement.

Estimated time required for direct examination: One-half (1/2 hour)

Plaintiff reserves the right to add additional witnesses with reasonable notice to the Court and Defendant's counsel.

Dated:  February 19, 2026

/s/Lee H. Bals
Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
lhb@marcusclegg.com
(207) 828-8000

**CERTIFICATE OF SERVICE**

      I, Lee H. Bals, hereby certify that I am over eighteen years old and caused a true and correct copy of the foregoing document to be served electronically on the parties receiving service in this case through the Court's CM/ECF electronic filing system on February 19, 2026.

                                                /s/ Lee H. Bals
                                                Lee H. Bals