UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>      Plaintiff<br><br>v.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:24-cv-00358-JCN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. Have you ever served as trustee of a trust?

2. Have you ever been a party to a lawsuit?

3. Have you ever served as a juror?

4. Have you ever owned property in Round Pond, Maine.

5. Do you know any other individuals in the jury pool?

Dated: February 19, 2026

/s/Lee H. Bals
Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
lhb@marcusclegg.com
(207) 828-8000

## **CERTIFICATE OF SERVICE**

      I, Lee H. Bals, hereby certify that I am over eighteen years old and caused a true and correct copy of the foregoing document to be served electronically on the parties receiving service in this case through the Court's CM/ECF electronic filing system on February 19, 2026.

                                      /s/ Lee H. Bals
                                      Lee H. Bals