UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:24-CV-00358-JCN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S PROPOSED VOIR DIRE**

1. Have you or an immediate family member ever been a party -- plaintiff or defendant -- in a lawsuit where one party sought to recover monetary damages from another? If so, please give the date, a brief description of the lawsuit and its result, and whether you were the party who brought the lawsuit or was defending the lawsuit.

2. Has any juror or member of the juror's immediate family ever brought a claim (whether or not it resulted in a formal lawsuit) against any person, business or entity for damages arising out of a trust? If so, what did the claim involve, when was it brought, by whom was it brought and how was it resolved?

3. Have you ever served as trustee of a Trust which owns real estate?

4. Have you ever owned a beneficial interest as a beneficiary in a Trust which owns real estate?

5. Have you ever served as a juror?

6. Do you know any of the other potential jurors?

    A. If yes, the prospective juror is requested to identify which prospective juror he or she knows, how he or she knows the prospective juror and for what length of time.

    B. After providing the information identified in 6A, both prospective jurors are requested to confirm that they will independently evaluate the evidence presented and will not be unduly influenced by the other.

7. Are you familiar with the TV Show Jersey Shore, its cast, or its spinoffs?

8. Do you personally know or are you familiar with either Plaintiff Jenni Farley, resident of Holmdel, NJ, and/or Defendant Roger W. Mathews, Jr., resident of Cherryfield, ME?

    A. If yes, the prospective juror is requested to identify which party he or she knows, how he or she knows the party, and for what length of time.

    B. After providing the information in 8A, the prospective juror is requested to state:

        i. Whether the relationship with the party would make the juror inclined to give his or her testimony more or less belief than the testimony of anyone else; and

        ii. Whether the relationship with the party would in any way bias them in favor of or against any party.

9. Do you personally know or are you familiar with the witnesses of this trial, namely Jennifer Mathews, resident of Brewer, ME, Joshua Goston, resident of Brewer, ME, Everett Mathews, Jr., resident of Cherryfield, ME, Roger W. Mathews, III, resident of Toms River, NJ, and/or Attorney Brendan T. Barry, of the law firm of Marcus Clegg, Portland, Maine?

    A. If yes, the prospective juror is requested to identify which witness he or she knows, how he or she knows the party, and for what length of time.

    B. After providing the information in 9A, the prospective juror is requested to state:

        i. Whether the relationship with the party would make the juror inclined to give his or her testimony more or less belief than the testimony of anyone else; and

      ii. Whether the relationship with the party would in any way bias them in favor of or against any party.

10. Do you know the following attorneys: Lee Bals, attorney at the law firm Marcus Clegg in Portland, Maine; Judy Metcalf or Jonathan Liberman, attorneys at the law firm Judy Metcalf Law in Brunswick?

11. Do you have any training, education, or experience serving as a fiduciary or power of attorney for someone? If so, the prospective juror is requested to describe the nature of their training, education or experience.

Dated at Brunswick, Maine, this 20th day of February, 2026.

                              Roger W. Mathews, Jr., Individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust – 2009.

                              */s/ Judy A. S. Metcalf*
Judy A.S. Metcalf, Maine Bar No. 7429
Jonathan R. Liberman, Maine Bar No. 4716
76 Union Street
Brunswick, Maine 04011
judy@judymetcalflaw.com
(207) 721-2200
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

I hereby certify that on February 20, 2026, I electronically filed Defendant's Final Pretrial Memo with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all parties of record.

                                    */s/ Judy A.S. Metcalf*

                                    Judy A.S. Metcalf,
                                    Maine Bar No. 7429
                                    Judy Metcalf Law
                                    (207) 721-2200
                                    judy@judymetcalflaw.com