UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009,<br><br>    Defendant. | CASE NO. 1:24-CV-00358-JCN |

## DEFENDANT'S FINAL WITNESS LIST

1. Roger W. Mathews, Jr.
   Cherryfield, Maine

   Mr. Mathews is the Defendant and a fact witness.

   <u>General subject matter of testimony</u>: Mr. Mathews will testify regarding all facts pertinent to his defense to the allegations and complaint including any claims of liability and damages. He will testify about establishment of the Mathews Family Round Pond Trust – 2009 ("the Trust"), and the terms and conditions of the Trust. He will testify as to his duties as the trustee, the identity of the beneficiaries of the Trust, and the obligations of the beneficiaries thereunder. He will testify about how he was told about the sale of the beneficial interest in the Trust and how he told Joshua Goston, who said he had bought a camp on the Trust property, about the limitations on transfers of interests within the Trust. He will testify about the rights of transfer to lineal descendants. He will testify about the limitations under the Trust regarding use of camps on the Trust property and the limitations on transfers to non-beneficiaries. He will testify about Plaintiff's repeated threats against him. He will testify about the uses of the Trust property and the family's long attachment to it. He will testify in response to admissible statements made by Ms. Farley in her direct and cross-examination.

   <u>Estimated time required for direct examination</u>: 2 hours.

2. Jenni Farley
   Holmdel, New Jersey

   Ms. Farley is the Plaintiff and a fact witness.

   <u>General subject matter of testimony:</u> She will testify that she is not a beneficiary of the Trust. She will testify that her two children are beneficiaries of the Trust and that she is the representative of their interests until they reach the age of majority. She will testify of her failure to mitigate any claimed damages. She will testify that she failed to communicate to and with the Trustee about any attempted sale of the camp to non-beneficiaries. She will testify that she failed to communicate to and with the Trustee about any attempted transfer of her children's beneficial interest in the Trust.

   <u>Estimated time required for direct examination:</u> 2 hours.

3. Everett Mathews, Jr.
   50 Estates Road
   Cherryfield, Maine 04622

   Mr. Mathews is a fact witness.

   <u>General subject matter of testimony:</u>

   Mr. Mathews is expected to testify that as of October, 2024 he had not assigned or transferred any portion of his beneficial interest in the Mathews Family Round Pond Revocable Trust – 2009 to his daughter, Jennifer Mathews. He will testify that he has not provided any notice to the Trustee of any transfer of any beneficial interest in the Trust to his daughter.

   <u>Estimated time required for direct examination:</u> ½ hour.

4. Jennifer Mathews
   Brewer, Maine

   Ms. Mathews is a fact witness.

   <u>General subject matter of testimony:</u> She will testify that she was not a beneficiary of the Trust in October, 2024. She will testify that she has not provided any notice to the Trustee at any time that she has been assigned a beneficial interest in the Trust. She will testify that she is not a lineal descendant of Jenni Farley's children. She will testify that when she signed a contract, she was not a beneficiary of the Trust. She will testify that she had little to no interactions with the Defendant concerning the Trust and its property.

   <u>Estimated time required for direct examination:</u> 1 hour.

5. Joshua Goston
   Brewer, Maine

   Mr. Goston is a fact witness.

   <u>General subject matter of testimony:</u> He will testify that he is not, has never been, and does not qualify to be a beneficiary of the Trust. He will testify that he is in the real estate business as a broker. He will testify as to the communications he had with the Defendant about the Trust interest belonging to Jenni Farley's children and the camp belonging to Ms. Farley.

   <u>Estimated time required for direct examination:</u> 1 hour.

Defendant reserves the right to add additional witnesses with reasonable notice to the Court and Plaintiff's counsel and to call rebuttal witnesses.

Dated at Brunswick, Maine, this 20th day of February, 2026.

    Roger W. Mathews, Jr., Individually and in his capacity as Trustee of the Mathews Family Round Pond Revocable Trust – 2009.

    */s/ Judy A. S. Metcalf*
    Judy A.S. Metcalf, Maine Bar No. 7429
    Jonathan R. Liberman, Maine Bar No. 4716
    76 Union Street
    Brunswick, Maine 04011
    judy@judymetcalflaw.com
    jon@judymetcalflaw.com
    (207) 721-2200
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

I hereby certify that on February 20, 2026, I electronically filed Defendant's Final Witness List with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all parties of record.

/s/ Judy A.S. Metcalf

_____
Judy A.S. Metcalf,
Maine Bar No. 7429
Judy Metcalf Law
(207) 721-2200
judy@judymetcalflaw.com