UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNI L. FARLEY, in her capacity           )
as Trustee of the Jenni Farley 2015        )
Revocable Living Trust,                     )
                                            )
            Plaintiff                       )
                                            )
v.                                          )
                                            )      CASE NO. 1:24-cv-00358-JCN
ROGER W. MATHEWS, JR.,                      )
Individually and in his capacity as         )
Trustee of The Mathews Family              )
Round Pond Revocable Trust – 2009,         )
                                            )
            Defendant                       )

**STIPULATIONS**

The Parties hereby stipulate and agree that the following facts and evidence are true.

1.      Copies in lieu of originals may be relied on.

2.      Roger (Bill) Mathews, Jr. as Trustee of the Mathews Family Round Pond Trust owes a fiduciary duty (a duty to adhere to the terms of a trust) to each of the beneficiaries of the Mathews Family Round Pond Trust.

3.      Melani Mathews and Greyson Mathews are the minor children of Jenni Farley and Roger W. Mathews, III and those children own a shared 1/9th beneficial interest in the Mathews Family Round Pond Trust. Jenni Farley, as the children's parent, "has derivative rights to the beneficiary interest in the Mathews Family Round Pond Trust held by her children until they reach the age of 18 but she does not possess the beneficiary interest herself."

Dated:  March 20, 2026

/s/Lee H. Bals

Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
lhb@marcusclegg.com
(207) 828-8000

/s/ Judy A.S. Metcalf

Judy A.S. Metcalf

Attorney for Defendant

JUDY METCALF LAW
76 Union Street
Brunswick, ME  04011
(207) 721-2200
judy@judymetcalflaw.com

2