| | | |
|---|---|---|
| JENNI L. FARLEY, in her capacity as Trustee of the Jenni Farley 2015 Revocable Living Trust, | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CASE NO. 1:24-cv-00358-JCN |
| ROGER W. MATHEWS, JR., Individually and in his capacity as Trustee of The Mathews Family Round Pond Revocable Trust – 2009, | ) ) ) ) ) | |
| Defendant | ) | |

## PLAINTIFF'S PROPOSED ADDITIONAL GLOSSARY TERMS

TRUST:  A trust is a legal arrangement whereby property is held for the benefit of individuals called beneficiaries.  A trust is administered by one or more trustees who have fiduciary obligations to the beneficiaries.

[cite 18-B MRSA 101 et seq., Black's Law Dictionary]


Dated:  March 20, 2026


/s/Lee H. Bals
Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
lhb@marcusclegg.com
(207) 828-8000