UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNI L. FARLEY, in her capacity )
as Trustee of the Jenni Farley 2015 )
Revocable Living Trust, )
)
     Plaintiff )
)
v. )
)   CASE NO. 1:24-cv-00358-JCN
)
ROGER W. MATHEWS, JR., )
Individually and in his capacity as )
Trustee of The Mathews Family )
Round Pond Revocable Trust – 2009, )
)
     Defendant )

## *CORRECTED* CONSOLIDATED EXHIBIT LIST

Dated: March 24, 2026

/s/Lee H. Bals
Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME 04101
lhb@marcusclegg.com
(207) 828-8000

/s/ Judy A.S. Metcalf
Judy A.S. Metcalf

Attorney for Defendant

JUDY METCALF LAW
76 Union Street
Brunswick, ME 04011
(207) 721-2200
judy@judymetcalflaw.com

| EXHIBIT | BATES # / DEPO EX. # | DESCRIPTION | OFFERING PARTY | DATE OFFERED / MARKED / WITNESS | OBJECTION | ADMITTED/DENIED |
|---|---|---|---|---|---|---|
| 1 | PLF 1-20 | Installment Sale Agreement | PLF | | | |
| 2 | | Jenni Farley 2015 Revocable Living Trust w/amendments | PLF | | | |
| 3 | PLF 14-20 | Mathews Family Round Pond Revocable Trust – 2009 | PLF | | | |
| 4 | PLF 131 | Photograph of Defendant's truck blocking driveway | PLF | | | |
| 5 | PLF 130 | Photograph of Defendant's tractor in front of Plaintiff's home with felled birch trees | PLF | | | |
| 6 | PLF 105-120 | Email chain from Joshua Goston to Brendan Barry dated 09/16/2024 | PLF | | Objection: Hearsay; not subject to exceptions | |
| 7 | DEF 5-7 | Email from Lee Bals to Judy A.S. Metcalf and Daniel Pileggi dated September 27, 2024 | DEF | | | |
| 8 | DEF 4 | Email from Judy A.S. Metcalf to Lee Bals and Daniel Pileggi dated October 2, 2024 | DEF | | | |
| 9 | DEF 27-54 | Order on Cross Motions for Summary Judgment | DEF | | | |

| EXHIBIT | BATES # / DEPO EX. # | DESCRIPTION | OFFERING PARTY | DATE OFFERED / MARKED / WITNESS | OBJECTION | ADMITTED/DENIED |
|---|---|---|---|---|---|---|
| 10 | PLF 132-Video | Screen Shots of Text messages (drawn from video) between Plaintiff and Josh Goston – 8/14/2024 to 9/13/2024 | DEF | | OBJ; Hearsay | |
| 11 | | Pre-Nuptial Agreement 9/30/2015 | DEF | | | |
| 12 | | Marital Settlement Agreement between Jenni L. Farley and Roger Mathews | DEF | | | |