UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

MAR 3 1 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

JENNI L. FARLEY, as Trustee )
for Jenni Farley 2015 Revocable )
Living Trust, )
)
Plaintiff )
)
v. )      1:24-cv-00358-JCN
)
ROGER W. MATHEWS, JR., )
individually and in his capacity )
as Trustee for the Mathews Family )
Round Pond Revocable Trust – 2009, )
)
Defendant )

**VERDICT FORM**

1.  Did Plaintiff prove by a preponderance of the evidence that Defendant tortiously interfered with a contract between Plaintiff and Jennifer Mathews?

    YES ____✓____          NO _____

    *Answer question 2.*

2.  Did Plaintiff prove by a preponderance of the evidence that Defendant breached a fiduciary duty owed to Plaintiff?

    YES _____          NO ____✓____

    *If you answered "Yes" to question 1 or 2 or to both questions 1 and 2, answer question 3.*

    *If you answered "No" to questions 1 and 2, answer no more questions.*

3.  What is the dollar amount you award Plaintiff for compensatory damages?

    $ 40,160.89

    *If you answered question 3, answer question 4.*

4.  Did Plaintiff prove by clear and convincing evidence that Defendant acted with malice toward Plaintiff?

YES ____✓____                    NO _____

*If you answered question 4 "Yes," answer question 5.*

*If you answered question 4 "No," answer no more questions.*

5.  What dollar amount do you award Plaintiff for punitive damages?

$ __7,500.00__

Dated: __3·31·2026__         Signature Redacted – Original on file with the Clerk's Office