UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNI L FARLEY, *as Trustee for*   )
*JENNI FARLEY 2015 REVOCABLE*   )
*LIVING TRUST,*   )
                                )
    Plaintiff,   )
                                )
v.   )   Civil No. 1:24-cv-00358-JCN
                                )
ROGER   W.   MATHEWS,   JR.,   )
*Individually and in his capacity as*   )
*Trustee for THE MATHEWS FAMILY*   )
*ROUND POND REVOCABLE TRUST*   )
*– 2009,*   )
                                )
    Defendant.   )

## JUDGMENT

This matter came on for trial before the Court and a jury, the Honorable John C. Nivison, United States Magistrate Judge, presiding. The issues having been duly tried and the jury having rendered its verdict on March 31, 2026,

JUDGMENT is hereby entered in favor of Plaintiff, Jenni L. Farley, and against Defendant, Roger W. Mathews, Jr., in the amount of $40,160.89 for compensatory damages, and $7,500.00 for punitive damages.

JENNIFER P. LYONS,
CLERK

Dated: April 1, 2026          By:   /s/ Meghan York
                                   Deputy Clerk