## Karen A. Stone

| | |
|---|---|
| **From:** | cmecf@med.uscourts.gov |
| **Sent:** | Friday, October 25, 2024 1:40 PM |
| **To:** | cmecfnef@med.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-00358-JCN FARLEY v. MATHEWS Case Opening Filing Fee Paid |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Maine

### Notice of Electronic Filing

The following transaction was entered by BALS, LEE on 10/25/2024 at 1:39 PM EST and filed on 10/25/2024

| | |
|---|---|
| **Case Name:** | FARLEY v. MATHEWS |
| **Case Number:** | 1:24-cv-00358-JCN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing Fee Paid via Credit Card ( Filing fee $ 405 receipt number BMEDC-3021065.), filed by JENNI L FARLEY.(BALS, LEE)**

**1:24-cv-00358-JCN Notice has been electronically mailed to:**

LEE H. BALS    lbals@marcusclegg.com, federalcourt@marcusclegg.com, kstone@marcusclegg.com

**1:24-cv-00358-JCN Notice has been delivered by other means to:**

1