UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNI L. FARLEY, in her capacity )
as Trustee of the Jenni Farley 2015 )
Revocable Living Trust, )
                          )
        Plaintiff )
                          )
v. )
                          )      CASE NO. 1:24-cv-00358-JCN
ROGER W. MATHEWS, JR., )
Individually and in his capacity as )
Trustee of The Mathews Family )
Round Pond Revocable Trust – 2009, )
                          )
        Defendant )

**PLAINTIFF JENNI L. FARLEY'S
MOTION TO AMEND JUDGMENT TO INCLUDE PREJUDGMENT INTEREST**

Plaintiff Jenni L. Farley through her undersigned counsel moves the Court pursuant to Federal Rule of Civil Procedure 59(c) to amend the Judgment entered in this case to include an award of prejudgment interest, stating as follows:

1.       On March 31, 2026 following a two-day trial the jury in this case returned a verdict in favor of Plaintiff in the amount of $47,660.89.  The Judgment was entered on April 1, 2026.

2.       The Judgment did not include an award of prejudgment interest.

3.       This is a diversity action.  In a diversity action, state law governs the plaintiff's entitlement to prejudgment interest  *Crowe v. Bolduc*, 365 F.3d 86, 91 (1st Cir. 2004).

4.       Under Maine law, the District Court has discretion to award prejudgment interest. *Pierce v. Central Maine Power Co.*, 622 A.2d 80, 85 (Me. 1993); *Crowe v. Bolduc*, 365 F.3d 86, 91.

5.      Rule 59(c) is the proper procedural vehicle for motions seeking to revise a judgment to include an award of prejudgment interest. *Crowe v. Bolduc*, 365 F.3d 86, 91 (1st Cir. 2004).

6.      In Maine, prejudgment interest is governed by statute – 14 M.R.S.A. § 1602-B. The Maine statute allows prejudgment interest at 3% above the one-year Treasury Bill rate from the last full week of the calendar year immediately prior to the year in which the complaint is filed. 14 M.R.S.A. § 1602-B(5).

7.      The Complaint in this case was filed on October 25, 2024.

8.      The last full week of the calendar year immediately prior to the filing year was the week of December 25-29, 2023. The average Federal Reserve percentage rate for that week was 4.82%.

9.      The prejudgment interest rate applicable to this case is 7.82% (4.82% + 3% per statute.)

10.     Prejudgment interest in this case is thus calculated as $3,727.08 per annum, $10.21 per diem. From the date of filing (10/25/2024) to date of Judgment, Plaintiff's calculation of prejudgment interest is $5,330.24.

WHEREFORE, Plaintiff requests that in its discretion and pursuant to Federal Rule of Civil Procedure 59(c), the Court amend its Judgment to include an award of prejudgment interest in the amount of $5,330.24.

Dated:  April 6, 2026

/s/Lee H. Bals
Lee H. Bals, ME Bar No. 3412

Attorney for Plaintiff

MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
lhb@marcusclegg.com
(207) 828-8000