UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JENNI L. FARLEY, *as Trustee for JENNI* )
*FARLEY 2015 REVOCABLE LIVING* )
*TRUST,* )
                                        )
   Plaintiff )
                                          )
v. )  Case No:  1:24-cv-00358-JCN
                                          )
ROGER W. MATHEWS, JR. *Individually* )
*and in his capacity as Trustee for THE* )
*MATHEWS FAMILY ROUND POND* )
*REVOCABLE TRUST - 2009,* )
                                          )
   Defendant )

## AMENDED JUDGMENT

      This matter came on for trial before the Court and a jury, the Honorable John C. Nivison, United States Magistrate Judge, presiding. The issues having been duly tried and the jury having rendered its verdict on March 31, 2026;

      JUDGMENT is hereby entered for Plaintiff, Jenni L. Farley and against Defendant, Roger W. Mathews, Jr., in the amount of $40,160.89 for compensatory damages, $7,500.00 for punitive damages, together with prejudgment interest in the amount of $5,330.24.

                                      Jennifer P. Lyons, Clerk

                                      By:    /s/ Cheryl Derrah
                                            Deputy Clerk

Dated: April 29, 2026